

2010 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

8-11-2010

# Elizabeth Pichardo v. VI Comm Labor

Precedential or Non-Precedential: Precedential

Docket No. 08-4259

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2010

Recommended Citation

"Elizabeth Pichardo v. VI Comm Labor" (2010). *2010 Decisions*. Paper 677.
http://digitalcommons.law.villanova.edu/thirdcircuit_2010/677

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2010 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

**PRECEDENTIAL**

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 08-4259
_____

ELIZABETH PICHARDO,

Petitioner

v.

VIRGIN ISLANDS COMMISSIONER OF LABOR;
COOL IT, INC. d/b/a AGAVE TERRACE RESTAURANT,

Respondents.

_____

On Writ of Certiorari from the Supreme Court
for the Virgin Islands
(S. Ct. Civ. No. 2007-061)

Argued December 2, 2009


Before: McKEE, Chief Judge, FUENTES, and NYGAARD,
Circuit Judges.

(Opinion Filed: July 8, 2010)

Joel H. Holt, Esq.            (Argued)
2132 Company Street
Christiansted, St. Croix
United States Virgin Islands, 00820

        Counsel for Petitioner Elizabeth Pichardo

Vincent F. Frazer, Esq.
Elliott M. Davis, Esq.
Richard S. Davis, Esq.       (Argued)
Department of Justice
34-38 Kronprindsens Gade
GERS Building, Second Floor
St. Thomas
United States Virgin Islands, 00802

        Counsel for Respondent Government of the Virgin
        Islands

_____

ORDER AMENDING OPINION

_____

2

FUENTES, <u>Circuit Judge</u>.


IT IS NOW ORDERED that on page 15, second full paragraph, change statutory citation from 12 U.S.C. § 1613 to 48 U.S.C. § 1613.


<u>/s/ Julio M. Fuentes</u>

Circuit Judge


DATED: August 11, 2010

3